STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Allen Bridget, Sr.
Louisiana State Penitentiary
Camp C- Bear 2
Angola LA 70712

**REHEARING ACTION: May 1, 2013**

**Docket Number: 12   01220-CA**

**ALLEN BRIDGET, SR.**
**VERSUS**
**JOHN CRAWFORD, M. D., ET AL.**

**Appealed from Beauregard Parish Case No. C-2011-1069 Div. A**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Allen Bridget, Sr.** has this day been

    **DENIED.**

cc: Michael Wayne Landry, Counsel for the Appellee